IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

SHIRLEY VODUSEK, etc.

    Plaintiff

v.                                      Case: 91-CV 00320 MJG

BAYLINER MARINE, INC. et al.

    Defendants

***

NOTICE OF SATISFACTION OF JUDGMENT FOR COSTS

To the Clerk:

Defendant Bayliner Marine, Inc., by its attorneys, gives notice that the judgment for costs entered on September 25, 1996, has been settled and satisfied. Please mark the docket accordingly.

                                        Respectfully submitted,

                                        */s/ Richard C. Burch*
                                        Richard C. Burch

                                        */s/ Andrew Janquitto*

                                        Andrew Janquitto, Fed Bar # 06637
                                        Mudd, Harrison & Burch, L.L.P.
                                        401 Washington Avenue
                                        Suite 900
                                        Towson, Maryland 21204
                                        Tel. 410 828 1335
                                        Fax. 410 828 1042

CERTIFICATE OF SERVICE

I certify that on January 29, 2007, a copy of this Order of Satisfaction was efiled with the Court and either emailed or, where necessary, mailed to the following:

>Vicki L. Dexter, Esquire
>301 West Pennsylvania Avenue
>Towson, Maryland 21204
>
>Dale B. Garbutt, Esquire
>Whiteford, Taylor & Preston, LLP
>Seven Saint Paul Street, 14th Floor
>Baltimore, Maryland 21202
>
>A. Grey Staples, Esquire
>Office of the United States Trustee
>300 West Pratt Street, Suite 350
>Baltimore, Maryland 21201

>*/s/ Andrew Janquitto*
>_____
>Andrew Janquitto